
|   |   |
|---|---|
| Edward D. Boyack<br>Nevada Bar No. 005229<br>Michael L. VanLuven<br>Nevada Bar No. 013975<br>**BOYACK ORME & ANTHONY**<br>7432 W. Sahara Avenue, Ste 101<br>Las Vegas, Nevada 89117<br>ted@boyacklaw.com<br>mike@boyacklaw.com<br>702.562.3415<br>702.562.3570 (fax)<br>*Attorney for Defendant,*<br>*The Foothills At Wingfield HOA* | FILED ____ RECEIVED<br>____ ENTERED ____ SERVED ON<br>COUNSEL/PARTIES OF RECORD<br><br>AUG 28 2019<br><br>CLERK US DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: _____ DEPUTY |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>Plaintiff,<br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; THE FOOTHILLS AT WINGFIELD HOMEOWNERS ASSOCIATION, a Nevada corporation,<br><br>Defendants. | CASE NO.: 3:16-cv-00039-MMD-CBC<br><br>*ORDER*<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Defendant, The Foothills At Wingfield Homeowners Association (hereinafter "Defendant"), by and through its attorneys of record, Edward D. Boyack and moves this Court to Remove Edward D. Boyack from the CM/ECF service list as Notice of

[The rest of page intentionally left blank]

Settlement [ECF 51] was filed on filed on March 26, 2019.

DATED this 27th day of August, 2019.

                                **BOYACK ORME & ANTHONY**

By:   */s/ EDWARD D. BOYACK*
EDWARD D. BOYACK
Nevada Bar No. 005229
MICHAEL L. VANLUVEN
Nevada Bar No. 013975
7432 W. Sahara Avenue, Ste 101
Las Vegas, Nevada 89117
Attorney for Defendant,
*The Foothills At Wingfield HOA*

**IT IS SO ORDERED.**

DATED this 28th day of August, 2019.

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of August, 2019, service of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST,** was made on this date Via Electronic means through the Court's E-Filing/E-Service CM-ECF PACER System to all parties registered therein.

By: */s/ Norma Ramirez*
An Employee of Boyack Orme & Anthony