WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006 EQ2 ASSET-BACKED CERTIFICATES, SERIES 2006-EQ2,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; THE FOOTHILLS AT WINGFIELD HOMEOWNERS ASSOCIATION, a Nevada Corporation;<br><br>Defendants. | Case No.: 3:16-cv-00039-MMD-VPC<br><br>**STIPULATION AND ORDER TO DISMISS** |

### STIPULATION AND ORDER TO DISMISS

COMES NOW Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2 ("Bank"); Thunder Properties, Inc. ("Thunder"); and The Foothills at Wingfield Homeowners Association ("HOA") (hereinafter referred to collectively as the "Parties"), by and through their attorneys of record, hereby stipulate that, pursuant to settlement amongst the Parties, all claims between the

Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs. The Parties request that this Court close this action.

DATED this 20th day of September, 2019.

| WRIGHT, FINLAY & ZAK, LLP | ROGER P. CROTEAU & ASSOCIATES, LTD. |
|---|---|
| */s/ Robert A. Riether* <br> Robert A. Riether, Esq. <br> Nevada Bar No. 12076 <br> 7785 W. Sahara Ave, Suite 200 <br> Las Vegas, NV 89117 <br> (702) 475-7964; Fax: (702) 946-1345 <br> *Attorneys for Plaintiff Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2006 EQ2 Asset-Backed Certificates, Series 2006-EQ2* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 9120 West Post Road, Suite 100 <br> Las Vegas, Nevada 89148 <br> *Attorney for Defendant, Thunder Properties, Inc.* |

BOYACK ORME & ANTHONY

*/s/ Michael L. Vanluven*
Edward D. Boyack
Nevada Bar No. 005229
Michael L. Vanluven
Nevada Bar No. 013975
7432 W. Sahara Avenue, Ste. 101
Las Vegas, Nevada 89117
*Attorney for Defendant, The Foothills At Wingfield Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 20, 2019